U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 SEP 27 PM 12: 14

CLERK

BY (signature)
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

IN RE ATTORNEY ADMISSION ) Misc. No. 5:21-mc-133
)

## ORDER GRANTING FULL ADMISSION OF RYAN D. GALISEWSKI, ESQ. TO PRACTICE BEFORE THIS DISTRICT COURT

Upon consideration of the Motion for Admission of Ryan D. Galisewski, Esq., it is hereby ORDERED that the Motion is GRANTED. And it is FURTHER ORDERED:

1. Ryan D. Galisewski, Esq. shall be fully admitted to practice in this Court pursuant to Local Rule 83.1.

2. Mr. Galisewski shall take the proper oath, as required by the Local Rules, by video-conference or the first time he appears in this Court.

3. After Mr. Galisewski takes the proper oath in accordance with the Local Rules, including by videoconference, he will be authorized to file pleadings under his own name and otherwise represent the interests of the United States.

4. The requirement to file an application fee is waived pursuant to Local Rule 83.1(d).

Dated at Burlington, in the District of Vermont, this 27th day of September, 2021.

/s/ Geoffrey W. Crawford

GEOFFREY W. CRAWFORD
Chief Judge
United States District Court
for the District of Vermont